**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GABRIELLE R. PAUL, an individual; | CASE NO. 2:20-CV-08776-DSF-JC |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT STIPULATION OF DISMISSAL** |
| AKIMA CORPORATION, a NANA COMPANY, entity form unknown; AKIMA LOGISTICS SERVICES, LLC, a Limited Liability Corporation; AKIMA INFRASTRUCTURE SERVICES, LLC, a Limited Liability Corporation; AKIMA, LLC., a Limited Liability Corporation; AKIMA GLOBAL SERVICES, LLC, a Limited Liability Corporation; AKIMA SUPPORT OPERATIONS, LLC, a Limited Liability Corporation; AKIMA TECHNICAL SOLUTIONS, LLC, a Limited Liability Corporation; AKIMA INTRA-DATA, LLC, a Limited Liability Corporation; AKIMA FACILITIES MANAGEMENT, LLC, a Limited Liability Corporation; and DOES 1 through 25; inclusive | |
| Defendants. | |

Plaintiff Gabrielle Paul ("Plaintiff") and Defendant Akima Infrastructure Services, LLC (collectively, the "Parties"), filed a Joint Stipulation of Dismissal of this Action on July 29, 2021.

1  Having considered the Joint Motion, IT IS HEREBY ORDERED THAT the Joint
2  Stipulation is GRANTED.  Plaintiff's Complaint and all claims alleged therein are
3
4  hereby dismissed with prejudice.
5      IT IS SO ORDERED.
6   DATED:  July 29, 2021
7
8                                                    Honorable Dale S. Fischer
                                                     UNITED STATES DISTRICT JUDGE